```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :         18cr41-13 (DLC)
            -v-                         :
                                        :            ORDER
AUSTIN MORRISHOW,                       :
                                        :
                  Defendant.            :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that C.J.A. counsel Joshua J. Horowitz is appointed to represent the defendant in this matter.

Dated:   New York, New York
         September 10, 2025

                                                  _____
                                                      DENISE COTE
                                      United States District Judge