UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA,           :
                                    :     18cr41-13 (DLC)
            -v-                     :
                                    :     ORDER
AUSTIN MORRISHOW,                   :
                                    :
            Defendant.              :
                                    :
------------------------------------X

DENISE COTE, District Judge:

Having received the Government's letter of November 19, 2025, it is hereby

ORDERED that a conference to address the specifications of violation of supervised release is scheduled for December 11, 2025 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that the defendant shall advise the Court by December 9 whether he will request to be sentenced immediately in the event he is found to have violated his conditions of supervised release.

Dated:    New York, New York
          November 20, 2025

                                    _____
                                         DENISE COTE
                                    United States District Judge