UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :
                                          :        18cr41-13 (DLC)
        -v-                               :
                                          :          ORDER
AUSTIN MORRISHOW,                         :
                                          :
                Defendant.                :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

    Having received the defendant's letter of January 6, 2026,

it is hereby

    ORDERED that the sentencing for the violation of supervised

release scheduled to occur on January 15 is adjourned to

February 4, 2026 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

    IT IS FURTHER ORDERED that any defense submissions be filed

by January 23, and any Government submissions be filed by

January 30.

Dated:    New York, New York
          January 7, 2026

                                    _____
                                    DENISE COTE
                                    United States District Judge